No. 1396. HARRIS v. OHIO. June 23, 1947. Petition for writ of certiorari to the Supreme Court of Ohio denied.

No. 1404. COUNSELMAN v. FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. June 23, 1947. Clark, Director, Liquidation Division, Department of Commerce, substituted as the party respondent. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Michael F. Keogh, J. Robert Carey* and *Richard H. Love* for petitioner. *Acting Solicitor General Washington, Stanley M. Silverberg* and *Harry H. Schneider* for respondent.

No. 688. JORDAN v. NEW YORK. June 23, 1947. Petition for writ of certiorari to the Supreme Court, Tompkins County, New York, denied.

No. 1166. PETERSON v. CALIFORNIA. June 23, 1947. Petition for writ of certiorari to the Supreme Court of California denied. *James M. Hanley* for petitioner.

No. 1367. BOWKER v. HUNTER, WARDEN. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Howard F. McCue* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.